IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,                    No. 2:17-CV-1743-CMK-P

    Petitioner,

  vs.                                ORDER

STATE OF CALIFORNIA,

    Respondent.

_____/

    Petitioner, a prisoner confined at the Springfield Hospital Center in Sykesville, MD, and proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition appears to challenge multiple convictions and/or sentences issued in the following counties: Los Angeles, San Francisco, San Mateo, Contra Costa, and Alameda. Pursuant to 28 U.S.C § 2241(d), courts in the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). Because the majority of the witnesses and evidence necessary for the resolution of petitioner's application are more readily available in counties within the boundaries of the United States District Court for the Northern District of California, and because petitioner raises no claims relating to convictions

| | |
|---|---|
| 1 | and/or sentences issued in a county within this district, this matter should be transferred to |
| 2 | Northern District.  See id. at 499 n.15. |
| 3 | Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the |
| 4 | United States District Court for the Northern District of California. |

DATED: August 23, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE